## A09A1005. MILLER v. THE STATE.
(707 SE2d 135)

ANDREWS, Judge.

In *Miller v. State*, 288 Ga. 286 (702 SE2d 888) (2010), the Supreme Court reversed this Court's opinion in *State v. Miller*, 300 Ga. App. 55 (684 SE2d 80) (2009). The Supreme Court held that the

trial court correctly granted Ashaunte Miller's motion to suppress and reversed our judgment to the contrary. Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Barnes, P. J., and Miller, P. J., concur.*

DECIDED MARCH 3, 2011.

*Larry Chisolm, District Attorney, Christine S. Barker, Assistant District Attorney*, for appellant.
*Michael L. Edwards*, for appellee.